

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00134-CR

**IN RE** Karl **KEENE**, Relator

Original Proceeding[1]

PER CURIAM

Sitting:     Patricia O. Alvarez, Justice
Beth Watkins, Justice
Liza A. Rodriguez, Justice

Delivered and Filed: April 3, 2024

PETITION FOR WRIT OF MANDAMUS DENIED

On February 23, 2024, relator filed a petition for writ of mandamus. After considering the petition, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH

---

[1]This proceeding arises out of Cause No. 2024CR3342, styled *State of Texas vs. Karl Keene*, pending in the 437th Judicial District Court, Bexar County, Texas, the Honorable Joel Perez presiding.